IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ireland Sr, Jimmie L | Case Number: 04 B 05518 |
|---|---|---|
| | Ireland, Vera | Judge: Hollis, Pamela S |
| | Printed: 8/19/08 | Filed: 2/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: April 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 21,069.00 | |
| Secured: | | 12,783.04 |
| Unsecured: | | 5,337.78 |
| Priority: | | 130.07 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,090.11 |
| Other Funds: | | 28.00 |
| Totals: | 21,069.00 | 21,069.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 1,700.00 | 1,700.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Union Auto Sales | Secured | 1,274.35 | 1,274.35 |
| 4. | Select Portfolio Servicing | Secured | 11,508.69 | 11,508.69 |
| 5. | Internal Revenue Service | Priority | 130.07 | 130.07 |
| 6. | Internal Revenue Service | Unsecured | 1,609.22 | 3,262.01 |
| 7. | RoundUp Funding LLC | Unsecured | 899.17 | 1,822.79 |
| 8. | Asset Acceptance | Unsecured | 124.80 | 252.98 |
| 9. | Kluever & Platt | Secured | | No Claim Filed |
| 10. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 11. | St Bernard Hospital | Unsecured | | No Claim Filed |
| 12. | Gulf State Credit | Unsecured | | No Claim Filed |
| 13. | Cross Country Bank | Unsecured | | No Claim Filed |
| 14. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 15. | Providian Visa Card | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | Royal Body Shop | Unsecured | | No Claim Filed |
| | | | $ 17,246.30 | $ 19,950.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 95.28 |
| 6.5% | 228.27 |
| 3% | 35.73 |
| 5.5% | 196.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Ireland Sr, Jimmie L  
        Ireland, Vera  
        Printed:  8/19/08

Case Number:  04 B 05518  
Judge:  Hollis, Pamela S  
Filed:  2/13/04

|  |  |
|---|---|
| 5% | 58.85 |
| 4.8% | 115.00 |
| 5.4% | 360.46 |
|  | _____ |
|  | $ 1,090.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____